FILED
CLERK, U.S. DISTRICT COURT
NOV 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DEJARNETTE, Jr., ) | No. CV 06-1660-AG(CW) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| J.L. NORWOOD (Warden), ) | |
| Respondent, ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: Nov. 26, 2008

_____
ANDREW J. GUILFORD
United States District Judge